# Court of Appeals
# of the State of Georgia

ATLANTA, __October 17, 2016__

*The Court of Appeals hereby passes the following order:*

## A17D0126.  JAFFTON B. RICHARDSON v. THE STATE.

In May 2016, Jaffton B. Richardson pled guilty to shoplifting and forgery.  He later filed a motion for an out-of-time appeal, which the trial court denied.  Richardson then filed this timely application for discretionary appeal.

The denial of a motion for an out-of-time appeal is directly appealable. *Lunsford v. State*, 237 Ga. App. 696, 696 (515 SE2d 198) (1999); see also *Wetherington v. State*, 296 Ga. 451 (769 SE2d 53) (2015) (addressing merits of direct appeal from denial of motion for out-of-time appeal following guilty plea).  Accordingly, this application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j).  Richardson shall have ten days from the date of this order to file his notice of appeal in the trial court.  OCGA § 5-6-35 (g).  The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*____10/17/2016____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*